

```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

The following constitutes the order of the court.
Signed September 15, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No: 13-40821 WJL** |
| **PATRICK WAYNE SAINDON and BEVERLY JEAN SAINDON,** | **Chapter 13** |
| Debtors. | **ORDER APPROVING LOAN MODIFICATION** |
| _____/ | |

The Court having considered the Debtors' Ex-Parte Motion to Approve Loan Modification, there being no opposition by the Trustee and good cause appearing;

**IT IS ORDERED** that the loan modification of the 1st Deed of Trust of Wells Fargo on the real property located at 4721 Kangaroo Court, Antioch, CA 94531, is hereby approved. This order should not be construed as Judge approval of any specific modification terms, but merely serve as the court's approval of entering into the loan modification agreement.

***END OF ORDER***

Page 1 of 2

**COURT SERVICE LIST**

Wells Fargo Bank, N.A.
Home Preservation Processing
Mail Code T7408-016
4101 Wiseman Blvd.
San Antonio, TX 78251

Wells Fargo Bank, N.A.
PO Box 659558
San Antonio, TX 78265-9558